AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| OLIVER ORTOLANI | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-12005-LTS |
| COMMUNITY OF JESUS, INC. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Oliver Ortolani                                                                                                                              .

Date:    12/19/2025

/s/ Lillian Smith
*Attorney's signature*

Lillian Smith (admitted pro hac vice)
*Printed name and bar number*

McAllister Olivarius
641 Lexington Avenue, 13th Floor
New York, NY 10022
*Address*

lsmith@mcolaw.com
*E-mail address*

(212) 433-3456
*Telephone number*

(781) 658-2480
*FAX number*