# EXHIBIT 4

# View backup files – SyncTech

**Conversation with Colin Archdeacon** REDACTED - )

| Type | Date | Name/Number | Message Body |
|---|---|---|---|
| Received | 01/06/2026 1:59:05 PM | Colin Archdeacon ( REDACTED - ) | Hey Oliver, it's Colin from the CJ documentary. Happy new year, hope you had a good holiday season. I reached out to your legal team to update them on the project and apparently both Pamela and Carol have left that law firm. Is Maura Smith the attorney now handling your case? Are you ok with me reaching out to her? I'm happy to hop on the phone if that's easier for you. I know this documentary is taking forever so I can answer any questions you have about where we're at and what comes next. |
| Sent | 01/06/2026 2:03:42 PM | Colin Archdeacon ( REDACTED - ) | Thanks, here is my lawyers email you can reach out too gwolinsky@mcolaw.com mcolaw is still handling the case theyve just gotten me a new trial lawyer from another firm, our reply to the CJs motion to dismis will be on the 14th aswell then we'll know if were going to trial or not, it seems like the CJ wants to Hope youve had a nice holiday aswell |
| Received | 01/06/2026 2:06:06 PM | Colin Archdeacon ( REDACTED - ) | Got it, thanks Oliver. What is this new lawyer's name? And you reply to CJ is this month, January 14th? Do you want to to trial or are you thinking of settling? |
| Received | 01/06/2026 2:06:46 PM | Colin Archdeacon ( REDACTED - ) | *go to trial |
| Sent | 01/06/2026 2:48:59 PM | Colin Archdeacon ( REDACTED - ) | I think id prefer a trial it will hurt them a lot more and benifit me a lot more aswell, The new firms name is justice law collaborative, im actually not sure which one of them will handle the trial |
| Sent | 01/06/2026 2:48:59 PM | Colin Archdeacon | *I think id prefer a trial it will hurt them a lot more and benifit me a lot more |

| | | | |
|---|---|---|---|
| | | ( REDACTED - ) | aswell, The new firms name is justice law collaborative, im actually not sure which one of them will handle the trial Yes jan 14 |
| Received | 01/06/2026 2:58:45 PM | Colin Archdeacon ( REDACTED - ) | Understood, thanks Oliver. I'll keep you posted after I chat with the new lawyer and meet w NBC on Friday. |