**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**OLIVER ORTOLANI,**

Plaintiff,

v.

**COMMUNITY OF JESUS, INC., ARTS EMPOWERING LIFE, INC., PERFORMING ARTS BUILDING FOUNDATION, INC.,**

Defendants.

Civil Case No.: 1:25-cv-12005-LTS

---------------------------------------------------

*– consolidated with –*

**THE COMMUNITY OF JESUS, INC., ARTS EMPOWERING LIFE, INC., and PERFORMING ARTS BUILDING FOUNDATION, INC.,**

Plaintiffs,

v.

**DAVID ORTOLANI and ELLEN ORTOLANI,**

Defendants.

Civil Case No.: 1:25-cv-13453-LTS

**JOINT REQUEST FOR A REMOTE STATUS CONFERENCE**

Plaintiff, Oliver Ortolani ("Plaintiff"), as well as the Defendants/Plaintiffs, the Community of Jesus, Inc. (the "Community"), Arts Empowering Life, Inc. ("AEL"), and Performing Arts Building Foundation, Inc. ("PABF") (collectively, the "Organizations"), as well as Defendants, David Ortolani and Ellen Ortolani (the "Ortolani Parents") (together, the "Parties") by and through their respective undersigned counsel, hereby request that the Court schedule a remote status

conference regarding the entry of a protective order in this action at the Court's earliest convenience. By way of additional background, the Parties have been engaged in the process of drafting and negotiating a protective order. The Parties have narrowed the majority of areas of dispute; however, there remain outstanding issues on which the Parties seek the Court's guidance and intervention. In addition, the Parties wish to seek the Court's guidance on its preferred method for filing and/or submitting to the Court documents that have been designated as "confidential" pursuant to a protective order.

For reference, the Parties attach as **Exhibit 1** hereto the current draft of the protective order. Any language highlighted in **red** reflects language proposed by the Organizations with which Plaintiff disagrees. Any language highlighted in **blue** reflects language proposed by Plaintiff with which the Organizations disagree. Plaintiff and the Organizations have also included comments in the margin to explain their reasoning for proposing and/or opposing a particular provision. The Parties also intend to submit a Word (.docx) version of the protective order to the Clerk's office for ease of the Court's reference.

**WHEREFORE**, the Parties respectfully request the scheduling of a remote status conference in this action to address the attached protective order draft.

**OLIVER ORTOLANI,**

*/s/ Kimberly Dougherty*
Kelly Guagenty (BBO# 658872)
Paula Bliss (BBO# 652361)
Kimberly Dougherty (BBO# 658014)
**JUSTICE LAW COLLABORATIVE, LLC**
210 Washington Street
North Easton, MA 02356
Tel: (508) 230-2700
Fax: (385) 278-0287
kelly@justicelc.com
paula@justicelc.com

**THE COMMUNITY OF JESUS, INC., ARTS EMPOWERING LIFE, INC., and PERFORMING ARTS BUILDING FOUNDATION, INC.,**

*/s/ Bridgitte E. Mott*
Jeffrey S. Robbins (Bar No. 421910)
Joseph D. Lipchitz (Bar No. 632637)
Bridgitte E. Mott (Bar No. 684770)
**SAUL EWING LLP**
131 Dartmouth Street, Suite 501
Boston, MA 02116
Telephone: (617) 723-3300

kim@justicelc.com

Lillian Smith (admitted *pro hac vice*)
**MCALLISTER OLIVARIUS**
641 Lexington Avenue, 13th Floor
New York, New York 10022
Tel: (212) 433-3456
lsmith@mcolaw.com

Facsimile: (857) 400-3375
Jeffrey.Robbins@saul.com
Joseph.Lipchitz@saul.com
Bridgitte.Mott@saul.com

**DAVID ORTOLANI and**
**ELLEN ORTOLANI,**

*/s/ Robert P. Powers*
Robert P. Powers (BBO No. 544691)
Melick & Porter, LLP
One Liberty Square, 7th Floor
Boston, MA 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130
Email: rpowers@melicklaw.com

**CERTIFICATE OF SERVICE**

I, Bridgitte E. Mott, hereby certify that this document that was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2026.

*/s/ Bridgitte E. Mott*
Bridgitte E. Mott