Outlook

## Re: Ortolani v. Community of Jesus et al. - Motion to Seal - Consent

**From** Kim Dougherty <Kim@justicelc.com>
**Date** Fri 10/30/2026 9:26 AM
**To** Mott, Bridgitte E. <bridgitte.mott@saul.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Pamela Takefman <Pamela@justicelc.com>; Kelly Guagenty <Kelly@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>; Robert Powers <rpowers@melicklaw.com>; Adrian Martin <adrian@justicelc.com>; Paula Bliss <Paula@justicelc.com>
**Cc** Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>

Bridgette,

We asked you to provide us with the private medical records which you sought to file and you refused to provide them. I don't have information on what former counsel provided to you in presuit negotiations, but I do know, as do you, that they are subject to Rule 408 as set forth in my earlier email.

The solution here is to share the records with us so we can evaluate whether they are even properly in your possession or whether they were inadvertently produced subject to additional privileges. We can't evaluate our position further without you sharing the records. This is not just about formalities, this is about protecting our client's interest in a situation where your firm has filed improper materials previously.

Moreover, you have failed to explain how our client's private records are at all relevant to whether your clients' subpoenas are proper. Please explain.

Once you respond, we will consider whether there is a reason to re-evaluate our position.
Thank you.

Best, Kim

Kim Dougherty, Co-Founder/Partner
Justice Law Collaborative, LLC
210 Washington St.
N. Easton, MA 02356
(508) 230-2700
Kim@justicelc.com
www.justicelawcollaborative.com

*** PLEASE NOTE OUR NEW ADDRESS

---

**From:** Mott, Bridgitte E. <bridgitte.mott@saul.com>
**Sent:** Thursday, 29 October 2026 16:22:05
**To:** Kim Dougherty <Kim@justicelc.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Pamela Takefman <Pamela@justicelc.com>; Kelly Guagenty <Kelly@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>; Robert Powers <rpowers@melicklaw.com>; Adrian Martin <adrian@justicelc.com>; Paula Bliss

<Paula@justicelc.com>
**Cc:** Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>
**Subject:** RE: Ortolani v. Community of Jesus et al. - Motion to Seal - Consent

Hi Kim,

As you know, we requested Oliver's medical records via our Rule 34 Requests directed at the Plaintiff, served on July 29, 2026, now three months ago. Based on your prior email dated 10/7, our understanding is that you are currently withholding those medical records until the parties enter into a protective order (10/7 Email: "*To be clear again, our position is that we are ready and willing to send copies of the relevant medical records in our possession with a protective order in place.*").

In other words, unless we have something wrong, it sounds like the medical records that predecessor counsel, McAllister Olivarius, provided to us (pre-discovery) are records that Plaintiff intends to produce in discovery in this case once a protective order is entered into. If that is the case, we do not understand the basis for your objection to our using those records in support of our Opposition, particularly when we would be filing them ***under seal*** so that ***only*** the Court could view them. It would seem that your objection is based solely on a technicality—the timing of receipt of such records.

In any event, given this and based on prior discussions, we do not believe that filing any of these records ***under seal solely for the Court's view*** is in any way prohibited by the understanding reached between the parties. If you have communications to the contrary, please let us know.

Time is of the essence to resolve this issue so that we are able to file our Opposition by the November 4th deadline. Given the dispute and impending deadline, we intend to request an immediate status conference with the Court to seek its guidance on how to deal with this issue so that we can timely file our Opposition. *See* ECF No. 55 ("Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel" and "Upon request of counsel . . . additional case-management or status conferences may be scheduled."). We will plan to submit this request tomorrow morning, unless you are willing to revisit your position on our use of such records provided that we only file them under seal.

Thank you.

Best,

Bridgitte

**Bridgitte E. Mott**
Partner
Pronouns: She/her/hers
**SAUL EWING LLP** | Boston
**Office:** (617) 912-0905

---

**From:** Kim Dougherty <Kim@justicelc.com>
**Sent:** Thursday, October 29, 2026 2:39 PM
**To:** Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Mott, Bridgitte E. <bridgitte.mott@saul.com>; Pamela Takefman <Pamela@justicelc.com>; Kelly Guagenty <Kelly@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>; Robert Powers <rpowers@melicklaw.com>; Adrian Martin <adrian@justicelc.com>; Paula Bliss <Paula@justicelc.com>

**Cc:** Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>
**Subject:** RE: Ortolani v. Community of Jesus et al. - Motion to Seal - Consent

Counsel,

We will not withdraw our motion to quash Defendants improper subpoena. The records do not "belie" anything stated in our motion and frankly have nothing to do with it, as it has to do with your improper subpoenas. Clearly any use of those materials is prohibited and is only sought to continue to Defendants' efforts to misrepresent the full history and distort the facts. Filing materials shared during settlement discussions is direct violation of Rule 408, and for that reason alone, we will object to your motion to impound. If you decide to move, we will make the court aware in our opposition and move to strike those materials.

Best, Kim

Justice Law Collaborative

*The experience, compassion, and dedication you deserve*

Kim Dougherty, Co-Founder/Partner
Justice Law Collaborative, LLC
210 Washington Street
N. Easton, MA 02356
(508) 230-2700
kim@justicelc.com
www.justicelawcollaborative.com

**This message and its attachments may constitute a PRIVILEGED & CONFIDENTIAL communication protected from disclosure or dissemination. Any unauthorized use or distribution is strictly prohibited. If you are not the intended recipient, promptly notify the sender and delete this message from your system. Thank you.**

---

**From:** Robbins, Jeffrey S. <jeffrey.robbins@saul.com>
**Sent:** Thursday, October 29, 2026 1:52 PM
**To:** Kim Dougherty <Kim@justicelc.com>; Mott, Bridgitte E. <bridgitte.mott@saul.com>; Pamela Takefman <Pamela@justicelc.com>; Kelly Guagenty <Kelly@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>; Robert Powers <rpowers@melicklaw.com>; Adrian Martin <adrian@justicelc.com>; Paula Bliss <Paula@justicelc.com>
**Cc:** Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>
**Subject:** Re: Ortolani v. Community of Jesus et al. - Motion to Seal - Consent

Kim: let me offer another alternative. You have made arguments in your motion to quash the subpoenas served on the medical providers that you know are belied by the medical records that you possess, and portions of which you know we possess. You seem to be of the view thar we cannot inform the Court that the medical records belie the assertions you have made, as well as the allegations in the complaint. We do not agree that we cannot inform the Court of this

and demonstrate the same, especially under seal and where, moreover, we have already said they will be subject to a protective order.

If you wish to withdraw your motion to quash the subpoenas served on the medical providers, we will have no need to go through this process. We respectfully urge you to do that, in which case there will be no need to go through this process, which I am sure the Court would appreciate as well.

Would you let us know as soon as possible?

Thank you.

Jeff



**Jeffrey S. Robbins**
Partner
(617) 912-0941
jeffrey.robbins@saul.com

**Read my bio** >>

131 Dartmouth Street
Suite 501
Boston, MA 02116

CA • DE • FL • GA • IL • MA • MD • MN • NJ • NY • PA • DC

From: Robbins, Jeffrey S. <jeffrey.robbins@saul.com>
Sent: Thursday, 29 October 2026 13:37:05
To: Kim Dougherty <Kim@justicelc.com>; Mott, Bridgitte E. <bridgitte.mott@saul.com>; Pamela Takefman <Pamela@justicelc.com>; Kelly Guagenty <Kelly@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>; Robert Powers <rpowers@melicklaw.com>; Adrian Martin <adrian@justicelc.com>; Paula Bliss <Paula@justicelc.com>
Cc: Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>
Subject: Re: Ortolani v. Community of Jesus et al. - Motion to Seal - Consent

Kim: we do not regard the documents that were produced by your predecessor counsel as subject to any prohibition that would affect their being used under seal and entirely out of view of the public, particularly where they are being used solely to contradict your assertion that we are seeking medical records without basis and, indeed, inappropriately. We do not think you can make the accusations you have and then object to our showing the Court that the accusations are baseless. If you have correspondence that shows otherwise please provide it to us by Monday at the latest.

Thank you.

________________________________
[cid:image961888.png@74239097.9A5924B6]
Jeffrey S. Robbins
Partner
[cid:image820799.png@D675600D.63B22FED]
(617) 912-0941<tel:(617)%20912-0941>
[cid:image252128.png@BB751FCE.BF1398E8]
jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com>
Read my bio<https://www.saul.com/professionals/jeffrey-s-robbins>
>>
[cid:image400013.png@EFB8881D.79701664]<https://www.saul.com/>
131 Dartmouth Street
Suite 501
Boston , MA 02116
CA • DE • FL <https://www.saul.com/locations> • GA<https://www.saul.com/locations> • IL • MA • MD • MN • NJ • NY • PA • DC<https://www.saul.com/locations>
[cid:image513090.png@7B0994D9.A6D0E0EA]

From: Kim Dougherty <Kim@justicelc.com>
Sent: Thursday, 29 October 2026 13:27:54
To: Mott, Bridgitte E. <bridgitte.mott@saul.com>; Pamela Takefman <Pamela@justicelc.com>; Kelly Guagenty <Kelly@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>; Robert Powers <rpowers@melicklaw.com>; Adrian Martin <adrian@justicelc.com>; Paula Bliss <Paula@justicelc.com>
Cc: Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>
Subject: Re: Ortolani v. Community of Jesus et al. - Motion to Seal - Consent

Bridgette,

We are trying to understand what records you have that have been produced in the litigation, as opposed to those that are not authorized for use in litigation that were provided during settlement negotiations and subject to Rule 408 privilege and protection. As you know, any documents produced related settlement negotiations are not proper for use in litigation and we object to any such use related to your Opposition. Any other records that were not provided during settlement negotiations, without Rule 408 protections and prohibition of use in litigation, we will not object to being filed under seal with your impoundment papers.

Best, Kim

Kim Dougherty, Co-Founder/Partner
Justice Law Collaborative, LLC
210 Washington St.
N. Easton, MA 02356
(508) 230-2700
Kim@justicelc.com
www.justicelawcollaborative.com<https://url.us.m.mimecastprotect.com/s/ClHgCERZ1Yu3OX4r9swhG9s7eNv_?domain=justicelawcollaborative.com/>

*** PLEASE NOTE OUR NEW ADDRESS

________________________________

From: Mott, Bridgitte E. <bridgitte.mott@saul.com>
Sent: Thursday, 29 October 2026 13:01:39
To: Pamela Takefman <Pamela@justicelc.com>; Kim Dougherty <Kim@justicelc.com>; Kelly Guagenty <Kelly@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>; Robert Powers <rpowers@melicklaw.com>; Adrian Martin <adrian@justicelc.com>; Paula Bliss <Paula@justicelc.com>
Cc: Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>
Subject: RE: Ortolani v. Community of Jesus et al. - Motion to Seal - Consent

Hi Pamela,

As we are presently in the process of drafting the opposition, we do not know precisely what medical records we will discuss, reference, or attach. All we are asking the Court for permission to do in the Motion to Seal is to be able to file our opposition and exhibits, to the extent that they summarize, discuss, and/or attach Plaintiff's medical records/information, under seal so that we can meet our filing deadline of November 4th. As I mentioned on our call today, in order to be able to file our opposition by November 4th, we need to file our motion to seal and have the Court rule on it before November 4th, so time is of the essence for us to file our Motion to Seal.

Given that your client has made clear that he considers his medical records confidential, I am hard pressed to understand why he would object to having those filed under seal, as opposed to filing such information on the public docket. Please let us know what your position is so as soon as possible that we can include it in our motion. Given the time constraints, we would like to file our Motion to Seal today, so we ask for a response with your position before 3:30 PM ET. Again, this Motion is being made to accommodate Plaintiff's designation, so I assume this will not be an issue.

Separately, I understand from my conversation with Dante that the Ortolani Parents have no objection to the relief sought in the Motion to Seal.

Thank you.

Bridgitte

Bridgitte E. Mott

Partner

Pronouns:

She/her/hers

SAUL EWING LLP

|

Boston

Office:

(617) 912-0905<tel:(617)%20912-0905>

From: Pamela Takefman <Pamela@justicelc.com>
Sent: Thursday, October 29, 2026 11:45 AM
To: Mott, Bridgitte E. <bridgitte.mott@saul.com>; Kim Dougherty <Kim@justicelc.com>; Kelly Guagenty <Kelly@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>; Robert Powers <rpowers@melicklaw.com>; Adrian Martin <adrian@justicelc.com>; Paula Bliss <Paula@justicelc.com>
Cc: Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>
Subject: Re: Ortolani v. Community of Jesus et al. - Motion to Seal - Consent

**EXTERNAL EMAIL** - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.

Hi Bridgitte,

Thank you for this, and for the call today.

Can you please share what you intend to move to file under seal?

Thank you,

Pamela

From: "Mott, Bridgitte E." <bridgitte.mott@saul.com<mailto:bridgitte.mott@saul.com>>

Date: Wednesday, 28 October 2026 at 17:02
To: Pamela Takefman <Pamela@justicelc.com<mailto:Pamela@justicelc.com>>, Kim Dougherty <Kim@justicelc.com<mailto:Kim@justicelc.com>>, Kelly Guagenty <Kelly@justicelc.com<mailto:Kelly@justicelc.com>>, Dante Driscoll <ddriscoll@melicklaw.com<mailto:ddriscoll@melicklaw.com>>, Robert Powers <rpowers@melicklaw.com<mailto:rpowers@melicklaw.com>>, Adrian Martin <adrian@justicelc.com<mailto:adrian@justicelc.com>>, Paula Bliss <Paula@justicelc.com<mailto:Paula@justicelc.com>>
Cc: "Robbins, Jeffrey S." <jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com>>, "Lipchitz, Joseph D." <joseph.lipchitz@saul.com<mailto:joseph.lipchitz@saul.com>>, "Weinstein, Jacob" <jacob.weinstein@saul.com<mailto:jacob.weinstein@saul.com>>, "Denker, Stephanie L." <stephanie.denker@saul.com<mailto:stephanie.denker@saul.com>>
Subject: Ortolani v. Community of Jesus et al. - Motion to Seal - Consent

Pamela, Kim,

As you know, our deadline to oppose Plaintiff's Omnibus Motion to Partially Quash Subpoenas Duces Tecum Issued by the Defendants for a Protective Order (ECF Nos. 66-69) is November 4, 2026. As it will likely not surprise you, we intend to reference and discuss Oliver's medical records in our opposition and potentially attach some as exhibits. Based on our discussions and negotiation of the protective order, we understand that you consider Oliver's medical records confidential. In order to accommodate Plaintiff's designation of these materials, we intend to file a motion for leave to seal our opposition and accompanying exhibits to the extent that they reference and/or discuss Oliver's medical records.

Given that we are filing our motion to accommodate Plaintiff's designation of the medical records, I assume you consent to the relief we seek, namely, to file our forthcoming opposition and exhibits under seal. Could you please let us know no later than 10 AM tomorrow what your position is so that we can file out motion to seal as soon as possible given the upcoming November 4th deadline for our opposition? To the extent you think it would be helpful to further discuss this, please let me know if you want to jump on a call.

We are hopeful that, after we have our joint status conference with the Court on the protective order, we have more clarity on how the Court prefers to handle these issues. In the meantime, we believe this is the most prudent and sensible approach.

Bob/Dante, I assume you take do not object to the relief sought – please confirm.

Pamela, I will also call you today to further discuss (unless you think a call is not necessary).

Thank you all.

Bridgitte

[cid:image001.png@01DD67A5.A1378CE0]

Bridgitte E. Mott

Partner

Pronouns: She/her/hers

[cid:image002.png@01DD67A5.A1378CE0]

(617) 912-0905<tel:(617)%20912-0905>

[cid:image003.png@01DD67A5.A1378CE0]

bridgitte.mott@saul.com<mailto:bridgitte.mott@saul.com>

Read my bio<https://www.saul.com/professionals/bridgitte-e-mott>

>>

[cid:image004.png@01DD67A5.A1378CE0]<https://www.saul.com/>

131 Dartmouth Street
Suite 501

Boston

,

MA

02116

CA • DE • FL <https://www.saul.com/locations> • GA<https://www.saul.com/locations> • IL • MA • MD • MN • NJ • NY • PA • DC<https://www.saul.com/locations>

[cid:image005.png@01DD67A5.A1378CE0]