# EXHIBIT A

**Noah Ortolani**
**Special Circumstances**

Hi Jaki,

I've tried to set down what I think the key points about my special circumstances were during my upbringing, especially from ages 13-18, when my life was utterly upended such that neither I nor my parents were able to prepare for the possibility of me attending a university, either financially or academically. I will try to be as succinct as possible, and I apologize beforehand if I am not successful in this; there are a lot of things that I feel I could say to illustrate just how many hurdles I have had to cross in order to get here, but will attempt to include only the most significant.

As I said in our Zoom meeting, I was raised in what can really only be termed as a cult. Located in Orleans, Massachusetts, the "Community of Jesus" (CofJ) has been the subject of quite a few abuse allegations and has made various news networks on multiple occasions.
(I have included at the bottom links to a website that has gathered all of these for easy reference.)

There is currently a lawsuit, filed by my brother, pending in Federal Court in the District of Massachusetts against the CofJ that outlines some of the ways in which my entire family and I, along with other members were physically and emotionally abused, and psychologically manipulated into, among other things, working inordinately long hours on various "Community" projects for little to no pay. The main allegation of the lawsuit, which I've attached below along with some other articles, is that myself and 7 other boys, ages 9-16, were forced to labor in emotionally and physically abusive conditions with no compensation and for extremely long hours (sometimes as many as 15-16), on a commercial-industrial jobsite that involved dangerous working conditions. This of course prevented us from receiving a proper education. The schooling system in the CofJ was much like a homeschool co-op, the only difference being that the major schooling decisions (the curricula, teachers, location etc.) were made by the Community leadership and not the parents themselves. At times the parents would teach certain courses, and near the end of my time in the Community they were more involved in assembling the curricula, but in any case the exact structure of the school can be difficult to articulate. It's something between a homeschool and a religious private school with no more than 10 or 12 students, all of whom were strictly "Community kids". We always referred to it simply as "homeschool".

Work on the project described in the lawsuit began in the Summer of 2019 as part of a so-called "training program" that was designed to help us mature as "young men". I was soon assaulted by one of the project overseers, had objects thrown at me, and was then removed from the jobsite and kept alone in my father's truck for the next six months. My mother was explicitly told not to talk to me by the Community leadership, and I never saw

her or either of my two brothers for those six or seven months. I believe it was March of 2020 by the time I was able to speak to my mother again, as my father was moved to a different house within the cult for further disciplinary measures, leaving my mother and two "surrogate fathers" in charge of my day-to-day life.

The net result of this, what we call the "first session", which ended when Covid started, was that I missed an entire year of school and had nothing to show for it; no money, no exceptionally useful or lucrative knowledge of a trade, but rather only the trauma that one can reasonably assume will result from this kind of treatment at age 13. Luckily, I had previously been allowed to skip the 7th grade, and as a result wound up entering high school at the conventional age. During the summer, as a group of teenage boys we continued to be shuttled around from project to project. Sometimes it was more construction, sometimes landscaping, but we were never really free to pursue any of our own interests and certainly unable to save up money for any life plans we may have had.

Once the steelwork on the large construction project mentioned in the lawsuit (the "Performing Arts Center") was done, allowing us to return to the jobsite, school was yet again shut down so that we could work full time on the project. This happened in October of 2020. We had no idea when or if we would go back to school, and were working 7 days a week, usually leaving the house around 5:15 AM and getting back at 8 or 9 PM, though the work days could go longer than this. Sundays were half days, so the week totalled to about 80 or 90 hours. Again, payment was not even in the question; we were supposed to be grateful for being "allowed" on the jobsite.

After this "second session" ended around Christmas of 2020, we went back to school full time in January. During the summers we again were organized into summer youth programs where we would for the most part just do manual labor on the Community grounds six days a week with no compensation. Many of us young people asked repeatedly if we could be allowed to get paying jobs elsewhere, but were consistently denied this request.

By my junior year of high school, the homeschooling system had taken a serious downturn in the quality of education that was being provided. Some of the teachers promoted something like spiritualism and anti-intellectualism as regularly as they taught any actual course material, and overall the schoolhouse was becoming more like a chamber of cultic bias than anything else. The textbooks were painfully leading on matters of morals and faith and many of the teachers just didn't seem to care. They were regularly late or on more than one occasion just didn't even come to class.

By my senior year of high school, the schooling system was again completely dissolved. I don't mean to offend anyone as I describe this, but this dissolution of the formal schooling system was the direct result of the Community's superior promoting a kind of extreme Protestant Evangelical Christianity that was anti-thinking and alarmingly pro-"feeling". During this time I remember feeling very hesitant to refer to the intellect, especially my own, in even a vaguely positive light. This group of people, sometimes

referred to as “Youtube prophets”, by some awful misfortune, had even devised their own system of education, wherein, at least as it was presented to me, the student basically self-determines every aspect of their education. They pursue what they are interested in, and if I remember correctly are required to self-report their work. There is no curriculum, no real teacher oversight that would actually keep a teenager on task for a full day, and no required course materials.

At this point my mother had basically made herself into a dissenter, and we received a note from the Community leadership telling us to take a year of absence (a nice way of telling us to leave and never come back), and to vacate ourselves and all of our belongings from the home my parents co-owned with two other families by the end of the week. We left for northern Maine a few days after my 18th birthday, around November 23rd of 2023.

REDACTED - NR

I should mention that both of my parents were raised in this cult and in an affiliated boarding school in Ontario, Canada, against which a landmark class-action lawsuit was recently settled in the Canadian courts. My parents were included as plaintiffs in this lawsuit, but the payout will not be substantial after the legal fees and due to the fact that the class was so large. In this lawsuit, the boarding school, Grenville Christian College, was found guilty of abuse. The judges decision from this court ruling cited the teachings and practices of the Community of Jesus as abusive to young people.

My parents were normalized at a young age to the coercive and abusive practices of the CofJ, as was I, and part of this coercion, as described in part above, resulted in my parents working incredibly long hours for no pay, or working for Community related

businesses, such as Paraclete Press Inc., for very little pay. This made it very difficult for my parents to meet our own financial needs. My father's time was largely and forcibly funneled into Community arts groups, such as the choir and the band, and when he did work it was at Paraclete (25 years), for skeletal wages. This left a huge burden on my mother, who was usually working two jobs and then some, as well as participating in the arts group along with my father, even if she was five months pregnant with myself or one of my two brothers. There was also an immense amount of pressure on my parents to *donate* to Community enterprises and events, even if they did not have money to give, exacerbating their financial situation further still. Setting aside money for college for their 3 children was not in the question.

REDACTED - NR

REDACTED - NR Moreover, my parents have been told it is the intent of the CofJ to countersue them for "contribution and indemnification" in the context of my brother's lawsuit. They expect to be inundated with legal fees by the Community's very aggressive lawyer, whose sole strategy is to overwhelm them with said legal fees in order to get my brother to drop the case. Nonetheless, my parents are supporting my younger brother and his lawsuit in any way they can, and they need all the cushion they can get.

REDACTED - NR

P.S.- If you decide to read some of the articles below, please note that the Community's lawyer, Jeffery Robbins, has stated that my parents "supervised" the construction of the Performing Arts Center discussed in my brother's lawsuit. This is libel. I am absolutely confident that if it gets to trial a jury will agree.

**Articles**
Lawsuits
-Attached to email

Provincetown Independent
-Lawsuit Claims Orleans Sect Exploited Children’s Labor - The Provincetown Independent
-https://provincetownindependent.org/local-journalism-project/2025/09/17/14-ex-residents-detail-coercion-at-orleans-commune/
-Oversight of Homeschooling Was Weak, Says Easley - The Provincetown Independent

Cape Cod Times
Lawsuit against Cape Cod religious group claims forced child labor

Rock Harbor Truth - links to past articles and TV exposes on the CofJ
https://www.rockharbortruth.com/resources