# EXHIBIT B

**Ellen, David and Mel**

REDACTED - NR

**Participants: Ellen Ortolani, Oliver Ortolani, David Ortolani and Mel McDaniel**

**Mailbox thread pending**

**Group Invite Link: Off**

**Mel McDaniel**

---

Hi Dave, no pressure to share anything. That is the least important thing. It helps to hear what you're saying because people ask me and I just tell them it's "inordinate curiosity". 😂

We are all hoping for good legal representation for you and you're in our thoughts Mel

Sep 17, 2025 11:27:03 am

**David Ortolani**

---

Hi Mel. Thank you so much! It is very good to know that the support is out there.
I don't think we have any news right now, and have been advised to keep our lips pretty sealed.
Our main goal/need right now is finding pro bono, powerful legal representation. We have a few people working on that with us, but so far, nothing has developed.
The likelihood is that cj will be filing against us in December, so that is the target date.
You probably know that their initial strategy seems to be to smear us, and also try to bury us in legal stuff in order to bankrupt us and have us give up.
So not having a lawyer at the moment kind of forestalls that...but come December we need someone.
And, we don't have the resources to just hire someone straight up....having put most of our lifetime earning power right back into cj (which is not a new story).
So we are keeping a low profile, doing what we can behind the scenes, and will share what we can in terms of info.
Thank you again!
Very best,
Dave and Ellen

Sep 17, 2025 7:07:51 am

**Mel McDaniel**

---

Please let me know any news that can be passed on and more importantly what we can do to help. If there is nothing at this time, we are all standing by. If there is anything, please know we are here!

Sep 16, 2025 8:13:08 am

**Mel McDaniel**

---

Hi All, I wanted you to see the list of people who are fully onboard in supporting the lawsuit. Becky Dirksen (Hathaway)
Shawn DeLude
Bonnie Zampino
Grace Irving