# EXHIBIT D

Outlook

**RE: The Charitable Organizations' Motion for an Order under Local Rule 26**

**From** Mott, Bridgitte E. <bridgitte.mott@saul.com>
**Date** Tue 10/20/2026 4:50 PM
**To** Kim Dougherty <Kim@justicelc.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Robert Powers <rpowers@melicklaw.com>; Kelly Guagenty <Kelly@justicelc.com>; Pamela Takefman <Pamela@justicelc.com>; Adrian Martin <adrian@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>
**Cc** Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>

Hi Kim and Pamela,

Thanks for your time on the phone for our meet and confer.

Following our call, I conferred with my team regarding your suggestion that, instead of my clients proceeding with a motion to the Court, that the parties jointly request a status conference regarding the discovery parameters laid out in the Proposed Order that my team circulated. Having considered your suggestion, we disagree with proceeding that route for a number of reasons.

It is clear based on prior emails exchanged among counsel (on both August 27/28 and October 15/16), that the parties fundamentally disagree on very basic discovery parameters (e.g., holding Plaintiff's deposition in person in Boston where he filed the lawsuit, the time allotted for depositions, among others). In light of the clear disagreement, we believe that proceeding with a motion is the most appropriate course so that we have an opportunity to lay out for the Court the reasons why there is good cause allow the proposed discovery parameters in our Proposed Order.

In contrast, on the Protective Order, the parties are indeed in agreement with jointly seeking a court conference without motion practice to try to bridge the gap on some of the outstanding issues (many of which we have been able to resolve amongst ourselves without Court intervention). In that regard, we of course disagree with your suggestion that our motion would be an attempt to "drive up costs." We agree that in certain circumstances, seeking an informal conference with the Court without a motion may be appropriate – and that is exactly what we have agreed to do with respect to the Protective Order. However, this issue is different, as the parties appear at a complete impasse. We reached out to counsel almost two months ago (on August 27) regarding this issue, with no success on narrowing the issues, and did so again last week, similarly without success on narrowing any of the issues after our meet and confer today. Given that we are at a complete impasse, a motion is appropriate so that we may lay out our position to the Court.

To correct a minor point your email, I did not suggest that the issue is not fact intensive. Instead, I explained that we would need to lay out for the Court the reasons why there is justification for the discovery parameters requested in our Proposed Order.

Finally, as discussed during the meet and confer, we disagree with your suggestion that we have filed "irrelevant" or "salacious" material on the docket in connection with our Motion to Compel Shawn Delude. Naturally, we included a facts section in that Motion, which was supported by various documents produced by the parties in the case. There is simply nothing improper about that.

In light of the above, we will proceed with filing our motion with the Court.

Thank you.

Best,

Bridgitte

**Bridgitte E. Mott**
Partner
Pronouns: She/her/hers
**SAUL EWING LLP** | Boston
Office: (617) 912-0905

---

**From:** Kim Dougherty <Kim@justicelc.com>
**Sent:** Tuesday, October 20, 2026 3:51 PM
**To:** Mott, Bridgitte E. <bridgitte.mott@saul.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Robert Powers <rpowers@melicklaw.com>; Kelly Guagenty <Kelly@justicelc.com>; Pamela Takefman <Pamela@justicelc.com>; Adrian Martin <adrian@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>
**Cc:** Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>
**Subject:** RE: The Charitable Organizations' Motion for an Order under Local Rule 26

Counsel,

Thanks again for meeting and conferring on the issues of Defendants intent to seek more discovery than allowed by Rule 26(c).

As discussed, Plaintiff suggests that, rather than a formal motion, the parties use the informal conference system that the Court suggested at the conference to decide this issue. I reminded the group that I specifically recalled that the Court first suggested the informal conference mechanism ***in relation to this very issue*** when Defendants' counsel brought up that they wanted to deviate from the Court's discovery limits and enlarge the scope of discovery back in July. This is the precise type of request that can be made to the Court informally, and Plaintiff's counsel suggest we do that to save on Court and party resources. We also discussed, and counsel for Defendants admitted, that this issue is not fact or law intensive and does not require extensive briefing on case law. We suggested that a brief joint pleading setting forth parties' positions as to why and why not the discovery rules should be altered was a better, more efficient and more appropriate approach. Defendants indicated they disagreed and wanted full briefing, but could not articulate anything more than wanting to articulate their reasoning for their request.

As we stated in the past, Plaintiff views such wasteful and extensive motion practice as a method for the Defendants to drive up the costs of litigation only to later attempt to seek to have the Ortolani parents pay for it, and a refusal to take up the suggestion the Court made to do this informally would be a prime example of such.

Additionally, Plaintiff objects to this motion to the extent it is a further way for Defendants to add irrelevant and salacious material to the docket. We addressed the history as it relates to the information stricken from the docket as improper and also recently included in Defendants motion to compel documents related to Mr. DeLude's third-party subpoena. We cautioned against continuing to litigate in this manner. Defendants were again, not persuaded and insisted that we were likely at an impasse and they would be filing their motion.

Counsel for the Ortolanis indicated that he agreed with the Plaintiff's position.

We asked the Defendants advise if their position changed after conferral with the Defendants team related to the topics discussed during the meet and confer. Please advise. Thank you.

Best, Kim

Justice Law Collaborative

*The experience, compassion, and dedication you deserve*

Kim Dougherty, Co-Founder/Partner
Justice Law Collaborative, LLC
210 Washington Street
N. Easton, MA 02356
(508) 230-2700
kim@justicelc.com
www.justicelawcollaborative.com

**This message and its attachments may constitute a PRIVILEGED & CONFIDENTIAL communication protected from disclosure or dissemination. Any unauthorized use or distribution is strictly prohibited. If you are not the intended recipient, promptly notify the sender and delete this message from your system. Thank you.**

---

**From:** Kim Dougherty <Kim@justicelc.com>
**Sent:** Tuesday, October 20, 2026 2:35 PM
**To:** Mott, Bridgitte E. <bridgitte.mott@saul.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Robert Powers <rpowers@melicklaw.com>; Kelly Guagenty <Kelly@justicelc.com>; Pamela Takefman <Pamela@justicelc.com>; Adrian Martin <adrian@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>
**Cc:** Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>
**Subject:** Re: The Charitable Organizations' Motion for an Order under Local Rule 26

Counsel,

Just FYI, I see I have a hearing at 330 ET today, so we will need to confer quickly. Thanks.

Best, Kim

Kim Dougherty, Co-Founder/Partner
Justice Law Collaborative, LLC
210 Washington St.
N. Easton, MA 02356
(508) 230-2700
Kim@justicelc.com
www.justicelawcollaborative.com

*** PLEASE NOTE OUR NEW ADDRESS

**From:** Mott, Bridgitte E. <bridgitte.mott@saul.com>
**Sent:** Friday, October 16, 2026 3:11 PM
**To:** Kim Dougherty <Kim@justicelc.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Robert Powers <rpowers@melicklaw.com>; Kelly Guagenty <Kelly@justicelc.com>; Pamela Takefman <Pamela@justicelc.com>; Adrian Martin <adrian@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>
**Cc:** Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>
**Subject:** RE: The Charitable Organizations' Motion for an Order under Local Rule 26

Hi Kim,

Tuesday at 3:00 PM works on our end. Let's plan to use the dial in below:

Phone:
Passcode: [redacted]

We will speak to you then.

Thank you.

Bridgitte

**Bridgitte E. Mott**
Partner
Pronouns: She/her/hers
**SAUL EWING LLP** | Boston
**Office:** (617) 912-0905

---

**From:** Kim Dougherty <Kim@justicelc.com>
**Sent:** Friday, October 16, 2026 11:20 AM
**To:** Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Robert Powers <rpowers@melicklaw.com>; Kelly Guagenty <Kelly@justicelc.com>; Pamela Takefman <Pamela@justicelc.com>; Adrian Martin <adrian@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>
**Cc:** Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Mott, Bridgitte E. <bridgitte.mott@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>
**Subject:** RE: The Charitable Organizations' Motion for an Order under Local Rule 26

Counsel,

Plaintiff also does not agree to this proposal and would like to confer in the event there is some middle ground to be had. I am in a mediation in Atlanta on Monday. Tuesday is booked, except between 2-330ET, Wednesday I'm open 12-3ET. Thank you.

Best, Kim

Justice Law Collaborative

*The experience, compassion, and dedication you deserve*

Kim Dougherty, Co-Founder/Partner
Justice Law Collaborative, LLC
210 Washington Street
N. Easton, MA 02356
(508) 230-2700
kim@justicelc.com
www.justicelawcollaborative.com

**This message and its attachments may constitute a PRIVILEGED & CONFIDENTIAL communication protected from disclosure or dissemination. Any unauthorized use or distribution is strictly prohibited. If you are not the intended recipient, promptly notify the sender and delete this message from your system. Thank you.**

---

**From:** Robbins, Jeffrey S. <jeffrey.robbins@saul.com>
**Sent:** Thursday, October 15, 2026 11:41 PM
**To:** Robert Powers <rpowers@melicklaw.com>; Kim Dougherty <Kim@justicelc.com>; Kelly Guagenty <Kelly@justicelc.com>; Pamela Takefman <Pamela@justicelc.com>; Adrian Martin <adrian@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>
**Cc:** Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Mott, Bridgitte E. <bridgitte.mott@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>
**Subject:** Re: The Charitable Organizations' Motion for an Order under Local Rule 26

Understood. How about 11:30?

---



**Jeffrey S. Robbins**
Partner
(617) 912-0941
jeffrey.robbins@saul.com

**Read my bio** >>

131 Dartmouth Street
Suite 501
Boston, MA 02116

CA • DE • FL • IL • MA • MD • MN • NJ • NY • PA • DC

From: Robert Powers <rpowers@melicklaw.com>
Sent: Thursday, 15 October 2026 23:28:40

To: Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Kim Dougherty <kim@justicelc.com>; Kelly Guagenty <kelly@justicelc.com>; Pamela Takefman <pamela@justicelc.com>; Adrian Martin <adrian@justicelc.com>; Dante Driscoll <ddriscoll@melicklaw.com>
Cc: Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Mott, Bridgitte E. <bridgitte.mott@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>
Subject: RE: The Charitable Organizations' Motion for an Order under Local Rule 26

**EXTERNAL EMAIL** - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.

Thank you for your email. I am happy to confer on Monday, but my opposition to this will not change. We will oppose this. Thanks.

Robert P. Powers

Melick & Porter, LLP

One Liberty Square

Boston, MA 02109

617-502-9610 Direct Dial

617-966-0162 Cell

rpowers@melicklaw.com<mailto:rpowers@melicklaw.com>

www.melicklaw.com<https://url.us.m.mimecastprotect.com/s/UCuPClYvXZS2mArg5s9hMlszmWWI?domain=melicklaw.com/>

MA | CT | RI | NH | ME | VT

**************************************

CONFIDENTIALITY NOTICE:

The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. Any unauthorized disclosure, forwarding, copying, redistribution or taking of any action in reliance of the contents of this email and any attachments therein, is strictly prohibited. Reliance on the information by any individual other than the intended recipient shall not constitute waiver of the attorney-client privilege.

If you have received this transmission in error, please immediately notify us by telephone at 617-523-6200, referencing the sender, and delete all copies of this transmission.

From: Robbins, Jeffrey S. <jeffrey.robbins@saul.com>
Sent: Thursday, October 15, 2026 10:13 PM
To: Kim Dougherty <kim@justicelc.com>; Kelly Guagenty <kelly@justicelc.com>; Pamela Takefman <pamela@justicelc.com>; Adrian Martin <adrian@justicelc.com>; Robert Powers <rpowers@melicklaw.com>; Dante Driscoll <ddriscoll@melicklaw.com>
Cc: Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Mott, Bridgitte E. <bridgitte.mott@saul.com>; Denker, Stephanie L. <stephanie.denker@saul.com>; Weinstein, Jacob <jacob.weinstein@saul.com>
Subject: The Charitable Organizations' Motion for an Order under Local Rule 26

Dear Counsel:

You'll recall that on August 27th I circulated an email setting forth my intention to ask the Court to issue a specific Order with respect to discovery events. You each responded the next day stating that you disagreed with the requested Order, and setting forth your clients' positions on the matter.

Attached please find the Order that we intend to ask the Court to enter, via a motion that we intend to file with the Court. Since you have already stated that you do not agree with it and have stated your own positions, I am not hopeful that a meet and confer will yield much, but I nevertheless want to invite you to have such a conference with us tomorrow or Monday, at such time as is convenient for you, to see whether or not your positions have changed. Please let me know when on either of those two days you are available for that purpose. Many thanks.

Best, Jeff

[cid:image001.png@01DD5CFC.7916E340]

Jeffrey S. Robbins

Partner

[cid:image002.png@01DD5CFC.7916E340]

(617) 912-0941<tel:(617)%20912-0941>

[cid:image003.png@01DD5CFC.7916E340]

jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com>

Read my bio<https://www.saul.com/professionals/jeffrey-s-robbins>

>>

[cid:image004.png@01DD5CFC.7916E340]<https://www.saul.com/>

131 Dartmouth Street
Suite 501

Boston

,

MA

02116

CA • DE • FL • IL • MA • MD • MN • NJ • NY • PA • DC<https://www.saul.com/locations>

[cid:image005.png@01DD5CFC.7916E340]