**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **OLIVER ORTOLANI,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMUNITY OF JESUS, INC., ARTS EMPOWERING LIFE, INC., PERFORMING ARTS BUILDING FOUNDATION, INC.,**<br><br>Defendants. | Civil Case No.: 1:25-cv-12005-LTS<br><br>*– consolidated with –* |
| **THE COMMUNITY OF JESUS, INC., ARTS EMPOWERING LIFE, INC., and PERFORMING ARTS BUILDING FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID ORTOLANI and ELLEN ORTOLANI,**<br><br>Defendants. | Civil Case No.: 1:25-cv-13453-LTS |

**DECLARATION OF JEFFREY S. ROBBINS IN SUPPORT OF THE CHARITABLE ORGANIZATIONS' REPLY IN SUPPORT OF THEIR REQUEST FOR AN ORDER PROVIDING FOR A DISCOVERY PLAN PURSUANT TO RULE 26**

I, Jeffrey S. Robbins, declare as follows:

1. I am a partner at the law firm of Saul Ewing LLP, located at 131 Dartmouth Street, Suite 501, Boston, Massachusetts 02116, and I am counsel for the Community of Jesus, Inc.

("COJ"), Arts Empowering Life, Inc. ("AEL"), and Performing Arts Buildings Foundation, Inc. ("PABF") (collectively, the "Charitable Organizations") in the above-captioned matters.

2. I submit this Declaration in support of the Charitable Organizations' Consolidated Reply in Support of Their Request for an Order Providing for a Discovery Plan Pursuant to Rule 26 (the "Reply").

3. Attached as **Exhibit 1** to this Declaration is a true and correct copy of the document Bates stamped EODO 002169, which is an email from Ellen Ortolani dated October 20, 2020.

4. Attached as **Exhibit 2** to this Declaration is a true and correct copy of the document Bates stamped Defendants0000069—Defendants0000080, which is an email from Ellen Ortolani dated September 13, 2019.

5. Attached as **Exhibit 3** to this Declaration is a true and correct copy of the document Bates stamped Defendants00000365—Defendants0000381, which is an application concerning home schooling signed by Ellen Ortolani and dated September 10, 2019.

6. Attached as **Exhibit 4** to this Declaration is a compilation of true and accurate copies of various emails sent by David Ortolani, which are Bates stamped DOCOJ0002608, DOCOJ0002541, DOCOJ0002533, DOCOJ0002459, DOCOJ0002552, DOCOJ0002318, DOCOJ0002269.

7. Attached as **Exhibit 5** to this Declaration is a true and correct copy of a text message exchange produced by Oliver Ortolani with redactions added by Oliver Ortolani and/or his counsel, which is Bates stamped OO_00000734-OO_00000735. The document is believed to be a text message exchange between Oliver Ortolani and Colin Archdeacon, who is believed to be a documentary filmmaker.

8. For public filing purposes, Exhibits 1, 2, and 4 contain redactions added by Saul Ewing.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Boston, Massachusetts on November 12, 2026.

*/s/ Jeffrey S. Robbins*

Jeffrey S. Robbins