# EXHIBIT 1

**From :** Ellen Ortolani [redacted]
**To :** Lexa Hale [redacted]
**Subject :** Re: Tuesday at PAB
**Received On :** 10/20/2020 9:06 PM

---

HI Lexa,
I just am communicating as I don't want you to think I'm blowing off these requests - at the moment most of my day is going towards PAB volunteer admin work - GIK requests, purchasing, budget tracking and more... - so my early ams, nightimes and weekends are spent getting my other jobs done.... plus I'm in Boston two days a week....
So, I feel my contribution is more on the office end at this point.... and I just wanted to let you know that is where things were at!
Thanks so much for all you are doing - I know you are also stretched very thin!!!

On Tue, Oct 20, 2020 at 7:36 AM Lexa Hale <[redacted]> wrote:

> P.S. if you are unable to sign up on this Google sheet link, please just email me or text me and let me know if you can come. Thanks!
>
> On Oct 20, 2020, at 7:27 AM, Lexa Hale <[redacted]> wrote:
>
> Hello Everybody,
>
> We are making such great progress at the PAB -- with our new full-time team! What a huge blessing!
> But we still need our teams of volunteers who provide a huge work effort between 5-7 pm.
> Please sign up on the google sheet attached if you can come TODAY.
>
> Takes a village! Thanks everyone!
>
> https://docs.google.com/spreadsheets/d/[redacted]
>
> Oct 20th Sign-up

---