# EXHIBIT 2

Gmail

Jennifer Lynch <[redacted]>

## Home school information for boys for communicating with Public Schools

**Ellen Ortolani** <[redacted]> Fri, Sep 13, 2019 at 8:34 AM
To: Rachel McKendree <[redacted]>, Tim Mckendree <[redacted]>, Jenny Lynch <[redacted]>, Tom Lynch <[redacted]>, Steve Minster <[redacted]>
Cc: Dave Ortolani [redacted]>, Ron Minor <[redacted]>, Michael Hale <[redacted]>, Charity <[redacted]

Hi all,
Attached are course descriptions and teacher background/qualifications for the courses the boys are taking this fall that can be submitted with the paperwork we all received from the Middle school earlier this year "notice of intent to pursue a program of home education" (Steve, I wasn't sure of your needs for Eli, but including you in this in case you need this for OES)

I emailed paperwork to the principal of the middle school, Julie Kobold, this morning, and she has already responded thanking me, and saying she has signed off on it, and wishing us a productive year - so that is GREAT!!! Her email is [redacted]@[redacted].org for anyone that needs it.

Just wanted you all to be in the loop on this, and for the parents of boys who need it to have this info.

Thanks!
Ellen

---

**20190913090539311.pdf**
1095K

Academic background, life experience and/or qualifications of those who will be instructing:

David Minster:
B.S. Bates College Honors in Chemistry
M. Div. Gordon-Conwell Theological Seminary
Ph.D. M.I.T. Organic Chemistry

Jill Minster:
B.S. M.I.T.
M.S. M.I.T. Mechanical Engineering

Bob Edmonson
Certificate in French Studies, University of Montpellier, France, 1967.
Bachelor of Arts, University of Miami 1968, Magna Cum Laude, major in French, minors in Spanish and History. Member of Arts & Sciences and French honor societies.
Master of Arts in French, Middlebury College 1973.
Teaching certification in French and Spanish.
Taught high school French and Spanish for 12+ years, 1968-1981.
Currently serving as President and Managing Editor of Paraclete Press, Inc.

Bob Rich
BA in Geology from Temple University
MA & PhD in Geology from Harvard University
International Geological and Commercial Consulting Business
2013 Orleans Citizen of the Year

Pete Haig
Master of Architecture, Massachusetts Institute of Technology, School of Architecture
Principal Architect, Architectural Design, Inc, Orleans, MA

John Ingwersen
Master of Architecture, Harvard University, Graduate School of Design
Principal Architect, Architectural Design, Inc, Orleans, MA

| Title | Required/Elective | Category | Credits |
|---|---|---|---|
| Reading and Writing | | | 1 |
| Description: | | | |
| Reading books that describe a Man's/Boy's engagement with his world. What were his decisions? How did they manifest themselves? What were the results? What are the Biblical structure points that support or don't support the outcome? | | | |
| Objectives: | | | |
| Reading books that describe a Man's/Boy's engagement with his world.<br>Apply lessons learned to the boys' personal lives: what do they learn from the positive examples? What do they learn from the negative examples? | | | |
| Activities: | | | |
| -Assigned reading - papers written off of assigned reading<br>-Students will learn age appropriate use of grammar, spelling, vocabulary, syntax, and context. | | | |
| Materials/Texts: | | | |
| Little/Brown MLA handbook<br>Bible<br>The goal will be to read 9 to 15 books, beginning with three novels such as these:<br>The Red Badge of Courage<br>To Kill a Mockingbird<br>David Copperfield<br>We will branch out to historical figures, such as General George Patton. | | | |
| Method(s) of Evaluation: | | | |
| We will grade assignments based on age-appropriate use of grammar, spelling, vocabulary and syntax, and context. Oral and written presentations. | | | |

| Title | Required/Elective | Category | Credits |
|---|---|---|---|
| Applied Math | | | 1 |
| Description: | | | |
| A Study of Mathematics based on the needs of a construction site | | | |
| Objectives: | | | |
| Students will study basic building calculation for cement mixing, weight bearing, construction engineering, practical geometry | | | |
| Activities: | | | |
| Students will learn Practical Math used in construction including the following subjects:<br>- Figuring angles/leverage<br>- Graphing<br>-Area calculations<br>- Volume calculations<br>- Material estimating<br>- Concrete materials<br>- Fill/soil concepts of compaction and effects on volume<br>- Weight calculations<br>- History of Mathematics | | | |
| Materials/Texts: | | | |
| Construction Mathematics / Edition 2 (idea Tom put in) | | | |
| Method(s) of Evaluation: | | | |
| Quizzes,Projects, Tests | | | |

| Title | Required/Elective | Category | Credits |
| --- | --- | --- | --- |
| Physics | | | 1 |

Description:

This first course in physics introduces classical mechanics.

Objectives:

The set of core concepts include space, time, mass, force, momentum, torque, and angular momentum. Examples will focus on situations encountered in building construction and how simple and compound machines are used.
Conservation laws involving energy, momentum and angular momentum provided a second parallel approach to understanding the same situations and will also be covered in this course.

Activities:

Review of Vectors
Kinematics
Newton's Laws
Circular Motion
Drag forces, constraints and continuous systems
Momentum and Impulse
Continuous Mass Transfer
Kinetic Energy and Work
Potential Energy and Energy Conservation
Collision Theory
Angular Momentum
Rotations and translation- Rolling

Materials/Texts:

Physics: Holtz Rinehart and Winston, Seaway and Faughn. 1999

Method(s) of Evaluation:

Quizzes, Tests and Labs

| Title | Required/Elective | Category | Credits |
|---|---|---|---|
| Industrial/Construction Chemistry | | | 1 |
| Description: | | | |
| Understanding the role chemistry has in the Industrial/Construction Industry, understanding the science behind the products and processes of the Construction industry | | | |
| Objectives: | | | |
| Learning about Concrete Chemistry, Construction adhesives, protective coatings etc.<br>Understand the chemistry that underlies these various processes. | | | |
| Activities: | | | |
| -Students will study the chemical process of concrete curing - what factors affect the rate of cure and strength<br>-Students will study different types of galvanization chemical process, etc...,<br>-Students will study rust - what is the chemical reaction, how can it be inhibited, how does it affect concrete.<br>-Students will study additives for concrete and mortar, how do they interact chemically and affect the material performance<br>-Students will study two part epoxy- what happens chemically - endothermic or exothermic reaction.<br>-Students will study caulking - types of - how do they cure, what affects cure time.<br>-Students will study metal reactivity, hardness, tensile strength, britteness, why use brass vs iron?<br>- Students will gain a greater understanding of how the underlying chemistry affects its functional properties. | | | |
| Materials/Texts: | | | |
| Material science text book<br>-Video resources<br>-Open courseware such as https://ocw.mit.edu/courses/materials-science-and-engineering/ | | | |
| Method(s) of Evaluation: | | | |
| -Tests, quizzes, lab work, etc | | | |

| Title | Required/Elective | Category | Credits |
|---|---|---|---|
| Earth Sciences | | | 1 |

| |
|---|
| Description: |
| A five semester program studying different aspects of Earth science:<br>I. Earth's Geology: Earth's place in the Spectrum "Universe to Atoms. Geology's relationship to other sciences and everyday life. Key Events in the Earth's History: Creation of Universe—formation of planets. Appearance of Oxygen; Appearance of life; Geological Periods; Holocene and Pleistocene (Ice Ages)<br>II. Cape Cod Landscapes: Geologic formation<br>III. Animal Life: Domestic<br>IV.Animal Life: Natural Cape Specific<br>V .Man's Responsibility/Interaction with Nature. |
| Objectives: |
| I. Understanding the theoretical and practical application of Earth's Geology<br><br>II. Cape Cod Landscapes: Understanding the forces involved in Cape Cod's Creation<br><br>III. Animal Life: Domestic:Teach proper care of small caged animals as well as dogs and cats Teach training techniques/socialization for dogs, Teach diseases - identifying problems, what to look for and treatment<br><br>IV. Animal Life: Natural Cape Specific: Cape Cod is located geographically in a unique position between the Gulf of Maine and Southern New England running down the Southeast Coast. I hope to cover a variety of animals on the Cape with the idea of instilling the intricacy of their relationships to each other, and to man. As future voting citizens they should have an understanding of how delicate ecosystems are as the pressures of human population increase. I want to develop not only a knowledge of animals but care about them.<br><br>V. Man's Responsibility/Interaction with Nature. |
| Activities: |
| I. Geology - Case Study 1: Blue Hills Igneous Intrusion and the Norfolk Sedimentary Basin Case Study 2: Geological Map of New Hampshire<br><br>II. Cape Cod Landscapes<br><br>III. Animal Life: Domestic - Classroom time discussing animal behavior and welfare needs Work with actual dogs to practice training and handling, Have a small caged pet to care for as a class or individually, Visit vet office to learn about current diseases and illnesses, Guest speaker - Eastern/Western medicines for domestic animals<br><br>IV. Animal Life : Natural Cape Specific - Study local land and sea animals, trips to Audubon. Lecture by Peter Trull, whale watch. Study of invertebrate life forms with digital microscopes, tracking animals, |

| |
|---|
| |
| Materials/Texts: |
| - Animals Make Us Human by Temple Grandin<br>- Readings from local nature writers: John Hay, Robert Finch, Mary Oliver<br>- Reference books<br>- Holt Earth Science |
| Method(s) of Evaluation: |
| Worksheets/Quizzes every 2-3 weeks, Course Review, Final Exam, Nature Journals |

| Title | Required/Elective | Category | Credits |
|---|---|---|---|
| Health | | | 1.25 |

**Description:**

Students will receive instruction in four basic health related areas – Physical Health, Emotional Health, Safety and Prevention, and Community Health.

**Objectives:**

Accordingly, the following sub-categories will be addressed:

I. Physical Health
- Growth, Development, and Reproduction
- Personal Hygiene
- Nutrition
- Physical Fitness

II. Emotional Health
- Mental Wellness, and it's relationship to Physical Wellness
- Family Life
- Relationships with others

III. Safety and Prevention
- Disease Precautions and Prevention
- Safety/Injury prevention, First Aid
- Medication and Substance Use and Abuse

IV. Community Health
- Health Resources
- Environmental Impacts on Health and Wellness
- Public Health Concerns

**Activities:**

Class discussions on health

**Materials/Texts:**

Handouts

Notebooks

**Method(s) of Evaluation:**

Quizzes, Projects, Tests

| Title | Required/Elective | Category | Credits |
|---|---|---|---|
| Construction Studies | | | 1 |

**Description:**

A five semester program studying different aspects of construction. Utilizing both theoretical study and practical application of the following subjects: Foundations, Framing/Structures, Electrical, Plumbing, and Finish work.

**Objectives:**

Understand the different kinds of foundations for both residential and commercial buildings and apply concepts in field projects. Have a basic knowledge of framing technique, requirements and loads and apply concepts in field projects. Understand basic concepts of wiring and plumbing as well as their historical uses.

**Activities:**

Hands on application of classroom study

- Create a foundation with rebar, mixing and pouring concrete, learn how to use a power mixer
- Learn framing for conventional stick framing, learn the different hand and power tools involved in framing from measure, marking and layout to cutting and nailing. Learn bridge building concepts and construction by using popsicle sticks and glue.
- Learn the basic principles of power distribution. Understanding electricity and how it is used on a construction site.
- Students will become familiar with the history of modern plumbing from Egyptian times to the present, including the public health role plumbing has held which today insures health and public safety in modern culture.
- Create interior finish work i.e. moldings, sills, trims for doors and windows, cabinetry and learn the different hand and power tools used in finish work. Study the historical application of finish work as well as architectural terminology.

**Materials/Texts:**

Tom's suggestions listed below:
WOOD FRAME HOUSE CONSTRUCTION
Plumbing (For Pros By Pros)
Foundations and Concrete Work (For Pros by Pros Series) / Edition 2
Complete Wiring

**Method(s) of Evaluation:**

Quizzes, Projects, Tests

| Title | Required/Elective | Category | Credits |
|---|---|---|---|
| Physical Education | | | 2 |
| Description: | | | |
| Fitness fundamentals - Tracking caloric input, heart rates through personal monitors, muscle groups identification and muscle group engagements in various exercise activities to include but not limited to running, yoga, soccer, volleyball and lifting using personal weight. IN ADDITION a one week wilderness first aid class by SOLO will be administered. | | | |
| Objectives: | | | |
| To teach the fundamentals of physical fitness and healthy diet through academic and practical application, Including but not limited to - understanding how to track caloric intake and caloric burn, heart rate zones and monitoring, proper technique for running and working with ones own body weight. | | | |
| Activities: | | | |
| *P90X, Yoga, Soccer, Volleyball, own body weight exercises and stretches* | | | |
| Materials/Texts: | | | |
| *To include but not limited to: heart rate monitors, water bottles, gym apparel, muscular anatomy chart, heart rate monitor chart, Solo Wilderness First Aid Texts, WEBMD articles on dietary categories and processes - edited to age appropriate prose.* | | | |
| Method(s) of Evaluation: | | | |
| Written tests, verbal quizzes, practical technique evaluations, grading of personal tracking charts. | | | |

| Title | Required/Elective | Category | Credits |
|---|---|---|---|
| Man's Role in Society | | | 1 |
| Description: | | | |
| A five semester study of man's role in society. | | | |
| Objectives: | | | |
| Study man's development throughout history through varied perspectives based on the following categories: The Warrior, The Caretaker, The Protector, The Provider, The spiritual father. | | | |
| Activities: | | | |
| Read about different men and how they possess the characteristics that make up: The Warrior, The Caretaker, The Protector, The Provider, The spiritual father<br><br>Study of but not limited to : Saint Francis of Assisi, Maxamilian Kolbe,Charlemagne, Frederick the Great, Important characters of the bible.<br><br>Also looking at some important woman. Joan of Arc, Mother Teresa.<br><br>One instructor was a child in Holland under direct control of the Nazis during WW2 so he will teach on his experiences and that of his father providing for his family during this time and after.<br><br>Look at the somewhat recently martyred Bennedictine monks from Tiberan Algeria, showing their work and care given to the villagers and their hostage takers.<br><br>Another instructor is from Taiwan so he will also teach about the Asian perspective of man as a provider. | | | |
| Materials/Texts: | | | |
| Biographies, Monks of Tiberien, Bible, Old Testament and New | | | |
| Method(s) of Evaluation: | | | |
| Quizzes, Projects, Tests, Graded presentations and essays | | | |