# EXHIBIT 4

Message

**From:** Dave Ortolani [redacted]
**Sent:** 8/30/2019 10:59:46 AM
**To:** [redacted]
**BCC:** [redacted]
**Subject:** Donation - Performing Arts Building - Art Empowering Life

Hi [redacted], thanks for your phone call today. We really appreciate your generosity in considering a donation of cement.

What we are needing is:
400 full size bags of Portland Type I/II.

I'd love to have you get to know the project a little bit...please take a few minutes with the website! https://aelbuildingproject.org/

It's a great project that fills a big need. And, the young people who will be some of the primary users of this space are actually getting to do a substantial portion of the work...digging foundations by hand, buidling forms, running wheelbarrows, mixing cement by hand.

A donation from [redacted] would be an incredible blessing.

Please let me know if you have any questions. If a donation can work, please let me know and I'll provide shipping info etc... I have included my personal cell phone, which is the easiest phone number to reach me.

Have a great day!

Best Regards,
Dave Ortolani
**Arts Empowering Life**
c/o Performing Arts Building
36 Southern Eagle Cartway
Brewster, MA 02631

Direct cell: [redacted]
www.artsempoweringlife.org
www.aelbuildingproject.org/

Message

**From:** Dave Ortolani [redacted]
**Sent:** 10/1/2019 2:35:01 PM
**To:** [redacted]
**Subject:** Donation request - Patio Heaters: [redacted]

Good afternoon, [redacted]
I just got off the phone with someone at your call center, who gave me this email address to contact you.

I am writing you from Arts Empowering Life - a charitable foundation in Massachusetts dedicated to enriching lives, and sharing inspiration and education with people across many nationalities, cultures and traditions.
As part of our mission, we are engaged in construction a Performing Arts Building that will be especially used by young people aged 10-22 years old.

This is a link to a site describing the project https://aelbuildingproject.org/ - which is being built through as much volunteer work, in-kind donations and financial donations as possible.

There is an outdoor space being planned, and we were hoping to procure a very specific patio heater for the space (these are beautiful!)
https:/[redacted]collections/patio-heaters/products/coronado-brushed-bronze-pyramid-flame-patio-heater

Would [redacted] consider a donation? We need 4 for the space.

Thank you for considering, and please don't hesitate to contact me if I can answer any further questions.

Dave Ortolani
**Arts Empowering Life**
c/o Performing Arts Building
36 Southern Eagle Cartway
Brewster, MA 02631

Direct cell: [redacted]
www.artsempoweringlife.org
www.aelbuildingproject.org/

Message

**From:** Dave Ortolani [redacted]
**Sent:** 10/8/2019 3:23:41 PM
**To:** [redacted]
**Subject:** Pull Tape Donation - Arts Empowering Life

Hi [redacted] hank you for taking a few minutes with me on the phone today. It was very nice to meet you on the phone.

First - here is a link to the project, which we are building as much as possible with volunteer labor, and donations of materials.
https://aelbuildingproject.org/

A link to who we are (the link goes directly to the ensemble I mentioned - young people who are actually working on the building!)
https://artsempoweringlife.org/ensembles/spirit-winter-percussion/

If [redacted] would consider donating an amount of pull tape to help with the extensive wiring process.
We are looking for something like:
- Polyester Woven Pre-lubed pull tape
-1/2 inch
- pull strength of about 1200-1800 lbs
- 9000-10,000 feet total. (Can be in shorter lengths..that's just the aggregate length we need)

Thank you so much for considering. This would be a real blessing to the project, and the young people and volunteers working hard to build it!

Dave Ortolani
**Arts Empowering Life**
c/o Performing Arts Building
36 Southern Eagle Cartway
Brewster, MA 02631

Direct cell: [redacted]
www.artsempoweringlife.org
www.aelbuildingproject.org/

Message

**From:** Dave Ortolani [redacted]
**Sent:** 10/29/2019 2:08:30 PM
**To:** [redacted]
**Subject:** DC-25X #8 portable Rebar Cutter - Donation request

Hi [redacted] Thanks so much for taking a couple of minutes to talk, and to take a look at this request.

These young people are learning an awful lot about working hard, and doing things right...but our hand-operated cutter has started to break down. So, we are looking for a donation of the portable cutter listed in the subject line.

You would be amazed at what they have been able to accomplish so far, hand digging, making forms, hand mixing and pouring, hand cuttingm bending and tying rebar!

I'd love to have you get to know the project a little bit...please take a few minutes with the website! https://aelbuildingproject.org/
This building is for multiple arts groups, but primarily is it going to be used by local area young people.

It's a great project that fills a big need.

Please let me know if you have any questions. If a donation can work, please let me know and I'll provide shipping info etc...

Have a great day!

Dave Ortolani
**Arts Empowering Life**
c/o Performing Arts Building
36 Southern Eagle Cartway
Brewster, MA 02631

Direct cell: [redacted]
www.artsempoweringlife.org
www.aelbuildingproject.org/

Message

**From:** Dave Ortolani [redacted]
**Sent:** 9/24/2019 2:45:18 PM
**To:** [redacted]
**Subject:** Grill for Performing Arts Building

Hello [redacted] I hope you are well!
I don't know if you remember , but in 2016 you were very generous when our Brothers were building a Barbeque pit (Sr Clare called you?) and you gave a discount on a faucet.

Now our Community (Community of Jesus - Cape Cod) is building a Performing Arts Building and I was wondering if you would consider a donation on a [redacted] grill that we would like to install.

The building is an incredibly exciting project...here's a little blurb on it: https://aelbuildingproject.org/ The young people who will be some of the main benefactors of the project, are doing an amazing amount of work on the foundation right now...with a very large concrete pour scheduled for this weekend.

We'd love to put the grill listed below into the final building:
https:/[redacted]/products/category/grills/view/30-professional-freestanding-grill-with-1-trident-infrared-burner-and-1-ceramic-burner-and-rotisserie-l30trf

Would you consider a donation of this?

Please let me know if I can answer any other questions!

Best regards,

Dave Ortolani
**Arts Empowering Life**
c/o Performing Arts Building
36 Southern Eagle Cartway
Brewster, MA 02631

Direct cell: [redacted]
www.artsempoweringlife.org
www.aelbuildingproject.org/

Message

**From:** Dave Ortolani [redacted]
**Sent:** 2/18/2020 5:17:59 PM
**To:** [redacted]
**Subject:** Water service and Septic System materials
**Attachments:** Detailed Site Plan.pdf; Sewage System Design & Details.pdf; Site Plan.pdf; SQ0017526_00_000400_28566222.PDF; ael 501C3.pdf

Dear [redacted]

Thank you so much for considering this donation request for Water Service materials for the new Performing Arts Building https://aelbuildingproject.org being built by Arts Empowering Life https://artsempoweringlife.org.

The request is for a donation of applicable materials, based on the plans attached, and specifically the proposal given by Cape Cod Winwater (attachment labelled SQ0017256_00_000400_28566222.pdf).

The is an amazing project, being built with donations, amazing and generous help from contractors, and an immense amount of volunteer work.

Arts Empowering Life is a 501-C3 charity (I have attached our Tax Exempt, with ID number included as well.)

We are very fortunate to have contractors like [redacted] working with us as generously as possible, and appreciate [redacted] considering this as well.

This link https://aelbuildingproject.org/whats-new/ showssome photos of the volunteer work being done, spearheaded by the teenagers who are going to be doing most of the rehearsing!

Thank you again for considering this, it would be an immense blessing and boost to the project.

Dave Ortolani
**Arts Empowering Life**
c/o Performing Arts Building
36 Southern Eagle Cartway
Brewster, MA 02631
Cell: [redacted]

Message

**From:** Dave Ortolani [redacted]
**Sent:** 3/17/2020 3:45:45 PM
**To:** [redacted]
**Subject:** Donation of 2 Liberty Pumps
**Attachments:** ael 501C3.pdf

Hi [redacted] Thank you so much for your help in seeing if these two pumps might be fully or partially donated!

A few of pieces of information:
a) Liberty LEH 102m3-2 - we need 2 of them.
b) it needs to hook up to a float system
c) We need them on site by 3/25/20 for installation.

As I mentioned on the phone. the project is a Performing Arts Rehearsal Building that is for several local arts groups, but which will get primarily used by a young people - a Marching Percussion Ensemble for ages 10-22. They've been travelling to gyms each weekend for the past 15 years, and it's finally time for them to have a permanent space to work in.

As part of the building effort, they have been able to do a great deal of the foundation work themselves, and have been raising money for the effort as well. (See some photo's on the project website here: https://aelbuildingproject.org/whats-new/)

We are a 501 c3 charity, and will send a receipt for any donation, with much gratitude for your help in support this amazing project!

Dave Ortolani
**Arts Empowering Life**
c/o Performing Arts Building
36 Southern Eagle Cartway
Brewster, MA 02631

Direct cell: [redacted]
www.artsempoweringlife.org
www.aelbuildingproject.org/