UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **OLIVER ORTOLANI,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMUNITY OF JESUS, INC., ARTS EMPOWERING LIFE, INC., PERFORMING ARTS BUILDING FOUNDATION, INC.,**<br><br>Defendants. | Civil Case No.: 1:25-cv-12005-LTS<br><br>*– consolidated with –* |
| **THE COMMUNITY OF JESUS, INC., ARTS EMPOWERING LIFE, INC., and PERFORMING ARTS BUILDING FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID ORTOLANI and ELLEN ORTOLANI,**<br><br>Defendants. | Civil Case No.: 1:25-cv-13453-LTS |

**THE CHARITABLE ORGANIZATIONS' NOTICE OF SUBPOENAS SERVED**

Pursuant to this Court's Order dated November 18, 2026 (the "Court Order"),[1] the Community of Jesus, Inc., Arts Empowering Life, Inc., and Performing Arts Building Foundation, Inc. (collectively, the "Charitable Organizations") hereby notify the Court that, as of the date of

[1] The Court's Order states, in relevant part: "By November 25, 2026, each party shall file a list of every third-party subpoena it has served as of November 24, 2026. Each party shall also identify the subpoenas that it issued that the party believes are called into question in whole or in part by the rulings herein." Doc. No. 89 at 16.

this filing, the Charitable Organizations have served documents-only subpoenas in the above-referenced actions on the following third parties:[2]

| **No.** | **Third Party Subpoenaed** |
|---|---|
| 1 | Nauset Regional School District |
| 2 | Shawn DeLude |
| 3 | Noah Ortolani |
| 4 | Colin Archdeacon |
| 5 | Matthew Wierzbinski |
| 6 | Post Falls Family Medicine |
| 7 | Kootenai Health |
| 8 | Heritage Health |
| 9 | Arketype Chiropractic + Functional Health |
| 10 | Dr. Charles Stringham, MD |

The Charitable Organizations believe that the Court Order has the following impact, if any, on the above-listed subpoenas:

| **Third Party Subpoenaed** | **Nature of Impact by Court Order on Documents-Only Subpoena** |
|---|---|
| Nauset Regional School District | Request 3 in the subpoena is narrowed by the inclusion of the Court's additional language at Doc. No. 89 at 13. |
| Shawn DeLude | The Court Order requires Mr. DeLude to file a status report with regard to certain of the withheld documents; otherwise, no further production of documents is required of Mr. DeLude at this time. *See* Doc. No. 89 at 8-9. |
| Noah Ortolani | The subpoena is narrowed based upon the Court's rulings at Doc. No. 89 at 10. |
| Colin Archdeacon | The subpoena is not impacted by the Court Order. |
| Matthew Wierzbinski | The subpoena is quashed. *See* Doc. No. 89 at 11.[3] |
| Post Falls Family Medicine | The Court Order narrows the timeframe of the subpoena to January 1, 2017 through the present. *See* Doc. No. 89 at 11-12. |

[2] As of the date of this filing, the Charitable Organizations have not served any subpoenas that seek testimony from any third party.

[3] The Charitable Organizations sent Mr. Wierzbinski a letter via Federal Express to inform him that the subpoena has been quashed. Counsel for the Parents, who were previously in contact with Mr. Wierzbinski regarding the subpoena, have also indicated that they will inform Mr. Wierzbinski that the subpoena is quashed.

| | |
|---|---|
| Kootenai Health | The Court Order narrows the timeframe of the subpoena to January 1, 2017 through the present. *See* Doc. No. 89 at 11-12. |
| Heritage Health | The Court Order narrows the timeframe of the subpoena to January 1, 2017 through the present. *See* Doc. No. 89 at 11-12. |
| Arketype Chiropractic + Functional Health | The Court Order narrows the timeframe of the subpoena to January 1, 2017 through the present. *See* Doc. No. 89 at 11-12. |
| Dr. Charles Stringham, MD | This subpoena contains 3 requests for production, two of which limit the timeframe to September 1, 2025 through the present and thus are not impacted by the Court Order. The second request, however, does not contain a time limitation; therefore, by virtue of the Court's order, the second request is narrowed to apply the timeframe of January 1, 2017 through the present. |

As of the date of this filing, the Charitable Organizations have informed Nauset Regional School District, Post Falls Family Medicine, Kootenai Health, Heritage Health, Arketype Chiropractic + Functional Health, and Dr. Charles Stringham, MD[4] of the narrowing of the documents-only subpoenas issued on them and have supplied each of them with a copy of this Court's Order.

Respectfully submitted,

**THE COMMUNITY OF JESUS, INC., ARTS EMPOWERING LIFE, INC., and PERFORMING ARTS BUILDING FOUNDATION, INC.**

By their attorneys,

*/s/ Jeffrey S. Robbins*
Jeffrey S. Robbins (Bar No. 421910)
Joseph D. Lipchitz (Bar No. 632637)
Bridgitte E. Mott (Bar No. 684770)

[4] Upon information and belief, Plaintiff did not begin seeing any of the above-listed medical providers until 2024 or later; therefore, the narrowing of the documents-only subpoenas may have no impact whatsoever on the scope of what the providers would have been producing in the first instance.

SAUL EWING LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116
Telephone: (617) 723-3300
Facsimile: (857) 400-3375
Email: Jeffrey.Robbins@saul.com
Email: Joseph.Lipchitz@saul.com
Email: Bridgitte.Mott@saul.com

Dated: November 25, 2026

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Robbins, hereby certify that this document that was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 25, 2026.

*/s/ Jeffrey S. Robbins*

Jeffrey S. Robbins



59072765.1